UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL A. JONES, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:15CV989 JMB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Rafael Jones, filer of numerous successive and frivolous habeas petitions and civil actions, moves for leave to proceed in forma pauperis in this successive and frivolous habeas action under 28 U.S.C. § 2254. The motion is denied.

Jones seeks to challenge his convictions in *Missouri v. Jones*, No. 07SL-CR03429 and *Missouri v. Jones*, 07SL-CR06638. He has filed several habeas petitions challenging these convictions. *E.g.*, *Jones v. Lombardi*, No. 4:15CV351 NAB (E.D. Mo.).

Under 28 U.S.C. § 2244(b)(3)(A), a habeas petitioner must obtain leave from the court of appeals before filing a successive petition in the district court. Jones does not have leave from the Court of Appeals for the Eighth Circuit.

Additionally, petitioner has not met the threshold requirements for the issuance of a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] is **DENIED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED.**

An Order of Dismissal will be filed separately.

Dated this 1st day of July, 2015.

                                        RODNEY W. SIPPEL
                                        UNITED STATES DISTRICT JUDGE